**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leopoldo Castanda HERRERA,**
**Defendant–Appellant.**

**No. 10–10356**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 28, 2011.

Jenny R. Turner, Dahil Dueno Goss, Elizabeth M. Hathaway, F. Gentry Shelnutt, Jr., Sally Yates, Assistant U.S. Attorney, Office of United States Attorney, Atlanta, GA, for Plaintiff–Appellee.

Robert Citronberg, Law Office of Robert Citronberg, Atlanta, GA, for Defendant–Appellant.

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Robert H. Citronberg, appointed counsel for Leopoldo Castanda Herrera, in this direct criminal appeal, has moved to withdraw from further representation of Herrera and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Herrera's convictions and sentences are **AFFIRMED.**